IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH B. WATERS,

    Petitioner,

v.                                                           No. 22-cv-0926 MV-KRS

FNU STEVENSON, *et al*,

    Respondents.

## ORDER EXTENDING PAYMENT DEADLINE

This matter is before the Court on Petitioner's Letter-Motion for Extension (Doc. 4). Petitioner is incarcerated and proceeding *pro se*. The Court previously denied leave to proceed *in forma pauperis* and directed Petitioner to submit the $5.00 habeas filing fee by May 15, 2023. (Doc. 3). A friend purportedly promised to submit the payment, but the Clerk's Office has not received any funds in this case. Petitioner states he can mail a check, if necessary. The Court discerns Petitioner seeks an extension of the payment deadline and finds good cause to extend the deadline through June 15, 2023. The failure to timely comply with the extended deadline may result in dismissal of the case without further notice.

**IT IS ORDERED** that Petitioner's Letter-Motion for Extension (**Doc. 4**) is **GRANTED**; and Petitioner shall pay the $5.00 habeas filing fee by **June 15, 2023**.

_____
UNITED STATES MAGISTRATE JUDGE