IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSEPH B. WATERS,**

    Petitioner,

vs.                                                                                                         No. CV-22-926 MV/KRS

**FNU STEVENSON, Warden, and
ATTORNEY GENERAL for the
STATE of NEW MEXICO,**

    Respondents.

## ORDER

    **THIS MATTER** comes before the Court on *Respondents' Motion to Extend Time to File Their Supplemental Answer to Joseph B. Waters' Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254)*. Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

    **IT IS, THEREFORE, ORDERED** that *Respondents' Motion to Extend Time to File Their Supplemental Answer to Joseph B. Waters' Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254),* is **GRANTED**.

    **IT IS FURTHER ORDERED** that Respondents shall have until July 12, 2024, to file their answer.

                                                     _____
                                                     KEVIN R. SWEAZEA
                                                     UNITED STATES MAGISTRATE JUDGE

e-submitted 6/26/2024
by Jane A. Bernstein