**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSEPH B. WATERS,

     Petitioner,

v.                                     No. 2:22-cv-926 MV/KRS

FNU STEVENSON *Warden*, and
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

     Respondents.[1]

**ORDER TO WITHDRAW PROPOSED FINDINGS
AND RECOMMENDED DISPOSITION**

     The Court hereby withdraws the Proposed Findings and Recommended Disposition, (Doc.

24), filed March 3, 2026.

                                        _____
                                        KEVIN R. SWEAZEA
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is in custody under a state-court judgment. He was incarcerated at Lea County Correctional Center in Hobbs, New Mexico at the time of his filing. *See* (Doc. 15) at 1. Petitioner is presently incarcerated at Guadalupe County Correctional Facility ("GCCF") in Santa Rosa, New Mexico. *See* https://www.cd.nm.gov/offender-search/ (last accessed March 24, 2026). The warden of GCCF, Matt Montoya, and the Attorney General of the State of New Mexico are thus proper party respondents in this Section 2254 habeas proceeding. *See* Habeas Corpus Rule 2(a) ("If the petitioner is currently in custody under a state-court judgment, the petition must name as respondent the state officer who has custody."). The warden of GCCF is therefore substituted in place of FNU Stevenson Warden as a party respondent in this Section 2254 habeas proceeding.